IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　vs.<br>DAVID ANDRES MAYORAL,<br>　　　　　Defendant. | Case No. 4:25-cr-00006-RRB |

**ORDER GRANTING MOTION**
**TO CONTINUE SENTENCING HEARING**

After due consideration of Defendant's Non-Opposed Motion to Continue Sentencing Hearing, the motion is GRANTED.

IT IS HEREBY ORDERED that the Imposition of Sentence currently set for February 6, 2026, at 11:00 a.m. is VACATED and RESET to April 3, 2026, at 9:30 a.m. in Fairbanks Courtroom 1 before Ralph R. Beistline. Sentencing Memoranda are due seven days prior to the sentencing hearing.

IT IS SO ORDERED this 20th day of January, 2026, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ralph R. Beistline*
　　　　　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge